THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of Jackie S., a Juvenile Under the Age of Seventeen,
Appellant.
 
 
 

Appeal From Cherokee County
 Wesley L. Brown, Family Court Judge

Unpublished Opinion No.  2005-UP-469
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jackie S. admitted allegations that he committed a lewd act upon a minor.  The family court judge sent him for an evaluation by the Department of Juvenile Justice (DJJ) and placed him on probation for one year.  Jackie S. argues the family court erred in accepting his admission of guilt because he was not informed of his privilege against self-incrimination.  After a thorough review of the record and the briefs, we dismiss this appeal pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels motion to be relieved is granted.  
APPEAL DISMISSED.[1]   
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.